**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fabian IBARRA–QUIROZ,**
**Defendant–Appellant.**

No. 06–10554.

United States Court of Appeals,
Ninth Circuit.

Submitted: Jan. 11, 2010.*

Filed: Jan. 26, 2010.

Joseph E. Koehler, Esq., Tracey A. Bardorf, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Robert Bruce Stirling, II, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Fabian Ibarra–Quiroz appeals from his jury-trial conviction and 21–month sentence imposed for illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ibarra–Quiroz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**